# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MARK GEBHART,

    Plaintiff,

v.                         CASE NO. 4:13cv593-RH/CAS

CAPITAL HEALTH PLAN, INC.,

    Defendant.

_____/

## ORDER CONFIRMING THE SCHEDULE

Upon consideration of the parties' notices, ECF Nos. 9 and 10, filed in compliance with paragraph 1 of the Scheduling and Mediation Order of December 3, 2013, ECF No 8,

IT IS ORDERED:

The Scheduling and Mediation Order of December 3, 2013, ECF No. 8, remains in effect.

SO ORDERED on January 6, 2014.

                                    s/Robert L. Hinkle
                                    United States District Judge